IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

PAICE LLC, et al.,

    Plaintiffs,

v.                            CIVIL NO.: WDQ-12-0499

HYUNDAI MOTOR COMPANY, et al.,

    Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \*

MEMORANDUM

Pending is a request for clarification of the Court's Order addressing the Defendants' motions to amend their invalidity contentions. For the following reasons, the Court will correct its Order to correspond to its Memorandum Opinion.

I.    Background

The facts of this case are set out more fully in the Court's October 29, 2014 Memorandum Opinion. ECF No. 473. On October 29, 2014, the Court issued an Order granting the Defendants' motion to serve second amended invalidity contentions and denying their motion to file third amended invalidity contentions. ECF No. 474. However, in the accompanying Memorandum Opinion, the Court denied the Defendants' motion to serve second amended invalidity contentions and granted their motion to file third amended invalidity contentions. See ECF No. 473. Counsel sought clarification about the discrepancy.

II. Analysis

Under Federal Rule of Civil Procedure 60(a), the Court, "on motion or on its own, with or without notice," "may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record." "It is axiomatic that courts have the power and the duty to correct judgments which contain clerical errors or judgments which have issued due to inadvertence or mistake." *American Trucking Associations v. Frisco Transportation Co.*, 358 U.S. 133, 145, (1958) (*citing* Fed. R. Civ. Pro. 60(a)); *see also Musler v. Georgeff*, 212 F.R.D 287 (D. Md. 2003).

It is clear from the difference between the Court's Memorandum Opinion and Order that the portion of the Order granting the Defendants' motion to serve second amended invalidity contentions and denying their motion to file third amended invalidity contentions was in error. Accordingly, the Court will amend the Order.

III. Conclusion

For the reasons stated above, the Court will deny the Defendants' motion to file second amended invalidity contentions and grant their motion to file third amended invalidity contentions.

11/3/14
Date

William D. Quarles, Jr.
United States District Judge