```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
```

PAICE LLC, et al.,                *

        Plaintiffs         *

      vs.                    *   CIVIL ACTION NO. MJG-12-499

HYUNDAI MOTOR COMPANY, et al.,    *

        Defendants         *

*    *    *    *    *    *    *    *    *

MEMORANDUM AND ORDER

The Court has before it Intervenor Toyota's Motion to Modify The Confidentiality Order [Document 560], Intervenor Toyota's Motion for Expedited Briefing Schedule on Motion to Modify The Confidentiality Order [Document 561].  The Court has received letters from the parties and finds that neither a response nor a hearing is necessary.

    The forthcoming hearing relates to the admissibility at trial of the Toyota settlement agreement and not to whether Paice has, or has not, violated certain aspects of the agreement. Toyota has an interest in preserving the confidentiality of the agreement and, in that regard, would understandably prefer that the Court find the agreement inadmissible.  Toyota will be permitted some participation[1] in the hearing regarding

---

[1] This shall include, at least, the presentation of witnesses.

admissibility.[2]  Toyota shall not be presenting arguments regarding admissibility. However, should the Court rule that the agreement is admissible, Toyota could then be heard regarding matters relating to preserving confidentiality of evidence that is admitted.

The Court finds no reason to provide Toyota the pre-hearing discovery.

For the foregoing reasons:

1. Intervenor Toyota's Motion to Modify The Confidentiality Order [Document 560] is DENIED.

2. Intervenor Toyota's Motion for Expedited Briefing Schedule on Motion to Modify the Confidentiality Order [Document 561] is DENIED.

SO ORDERED, on Tuesday, June 9, 2015.

/s/
Marvin J. Garbis
United States District Judge

---

[2] Except for the sealed segment that will relate to the Paice-Abell relationship.